**Order entered April 11, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01117-CV

## ARLENE SMITH, Appellant

## V.

## SEACREST APARTMENTS, Appellee

### On Appeal from the County Court at Law No. 4
### Dallas County, Texas
### Trial Court Cause No. CC-21-03394-D

## ORDER

On March 24, 2022, after the court reporter informed the Court the reporter's record had not been requested, we directed appellant to file written verification she had requested the record. Although we cautioned her that failure to comply within ten days could result in the appeal being submitted without the reporter's record, she has not complied to date. *See* TEX. R. APP. P. 37.3(c). Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief on the merits no later than May 11, 2022.

/s/    KEN MOLBERG
        JUSTICE